

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-25-00246-CV

---

In re City of Dallas, Texas, Relator

---

## AN ORIGINAL PROCEEDING IN MANDAMUS

---

## JUDGMENT

The Court has considered this cause on Relator's petition for writ of mandamus against the Honorable Jessica Mangrum, Judge of the 353rd Judicial District Court of Travis County, Texas and concludes Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus in accordance with the opinion of this Court.

IT IS SO ORDERED this 24th day of October 2025.

GINA M. PALAFOX, Justice

Before Salas Mendoza, C.J., Palafox, J., and Benavides, J. (Senior Judge)
Benavides, J. (Senior Judge), sitting by assignment